# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **MAURICE JORDAN,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>S. ROBESKY in his individual capacity,<br>T. LANSFORD in his individual capacity,<br>J. TOMPKINS in his individual capacity,<br>J. CORE in his individual capacity,<br>H. BLAGG in his individual capacity,<br>R. HUGHS in his individual capacity, et al.,<br><br>　　　　　Defendants. | No. LA CV 17-02401-VBF-AS<br><br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of all defendants and against plaintiff Maurice Jordan.** IT IS SO ADJUDGED.

Dated: July 13, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge